# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128456 (98)

EDWARD MOSZYK,
      Plaintiff-Appellant/
      Cross-Appellee,

v

CITY OF BAY CITY, ROB ANDERSON,
and JAMES PALENICK,
      Defendants-Appellees/
      Cross-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128456
COA: 252273
Bay CC: 01-003936-CZ

_____/

On order of the Court, defendant's motion objecting to taxation of plaintiff's costs is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

s1121